UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UPSTART GROUP, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UPSTART GROUP, INCORPORATED, an Illinois corporation,<br><br>Defendant. | CASE NO. 2:19-cv-01290-BAT<br><br>**ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER** |

Plaintiff Upstart Group, LLC requests an extension of Defendant The Upstart Group Incorporated's deadline to respond to Plaintiff's Complaint until September 24, 2019. Plaintiff has agreed to the extension to permit the parties an opportunity to attempt to resolve this matter amicably and while Defendant finds an attorney admitted to practice in this Court. Dkt. 12.

Accordingly, it is **ORDERED** that Defendant's shall file its response to Plaintiff's complaint by **September 24, 2019**. The Clerk shall send a copy of this Order to Plaintiff's counsel and to Defendant's Illinois counsel, Robert J. Ambrose and Robert H. Smeltzer of Howard & Howard Attorneys, PLLC.

DATED this 10th day of September, 2019.

/s/ signature

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EX PARTE MOTION
TO EXTEND DEADLINE FOR DEFENDANT
TO ANSWER - 1