UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UPSTART GROUP, LLC, a Washington limited liability company,<br><br>               Plaintiff,<br><br>   v.<br><br>THE UPSTART GROUP, INCORPORATED, an Illinois corporation,<br><br>               Defendant. | CASE NO. 2:19-cv-01290-BAT<br><br>**ORDER GRANTING THIRD EX PARTE MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER** |
|---|---|

This is Plaintiff Upstart Group, LLC's third request for an extension of Defendant The Upstart Group Incorporated's deadline to respond to Plaintiff's Complaint. Plaintiff agreed to the extension so the parties may discuss settlement and Defendant can retain local counsel. Dkt. 16. Although the motion is for an additional two week extension, the parties are in communication and have kept the Court apprised.

Accordingly, it is **ORDERED** that Defendant's shall file its response to Plaintiff's complaint by **October 29, 2019**. The parties should immediately inform the Court if they settle prior to that time.

The Clerk shall send a copy of this Order to Plaintiff's counsel and to Defendant's Illinois counsel, Robert J. Ambrose and Robert H. Smeltzer of Howard & Howard Attorneys, PLLC.

DATED this 4th day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge