UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UPSTART GROUP LCC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UPSTART GROUP INCORPORATED,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-01290-RAJ-BAT<br><br>**ORDER LIFTING STAY AND CONSOLIDATING CASES** |

On April 22, 2020, the Court denied Defendant The Upstart Group, Incorporated's motion to dismiss or transfer and granting Defendant's alternative motion to stay this action pending a determination by the United States District Court for the Northern District of Illinois in *The Upstart Group, Incorporated v. Upstart Group, LLC*, Case No. 1:19-cv-05405 (the "Illinois Action") of Upstart Group's motion to dismiss or transfer the Illinois Action for lack of personal jurisdiction and as a disfavored anticipatory suit. Dkt. 41. On August 5, 2021, United States District Judge Andrea R. Wood ordered the transfer of the Illinois Action to the Western District of Washington and on August 24, 2021, the

ORDER LIFTING STAY AND
CONSOLIDATING CASES - 1

Illinois Action was transferred to this Court. Dkt. 44, Exhibit B. On September 1, 2021, the transferred Illinois Action was opened in this District as Case No. 2:21-cv-001193.

Thus, proceedings in this action may now be resumed. The parties do not object to lifting the stay ordered by this Court on April 22, 2020 and do not object to the consolidation of the Illinois Action. Dkt 44, 47.

Accordingly, it is **ORDERED**:

1. The stay ordered by this Court on April 22, 2020 is **LIFTED**;

2. Case No. 2:21-cv-001193-RAJ-BAT is consolidated with this case. The Clerk is directed to close Case No. 2:21-cv-001193.

3. Defendant The Upstart Group, Inc. shall answer or otherwise respond to the Complaint in this case within twenty-one (21) days of this Order.

DATED this 30th day of September, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER LIFTING STAY AND
CONSOLIDATING CASES - 2