The Honorable Brian A Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UPSTART GROUP, LLC, a Washington limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE UPSTART GROUP, INCORPORATED, an Illinois corporation,<br><br>　　　　　　　Defendant. | No. 2:19-CV-01290-RAJ-BAT<br><br>STIPULATED MOTION FOR MODIFICATION OF THE NOVEMBER 9, 2021 ORDER SETTING PRETRIAL SCHEDULE<br><br>NOTE ON MOTION CALENDAR: January 11, 2022 |

Plaintiff Upstart Group, LLC and Defendant The Upstart Group, Incorporated, respectfully request that the November 9, 2021 Order Setting Pretrial Schedule (Dkt. 53) be modified to extend the deadlines for joining additional parties and for amending pleadings to March 14, 2022.

Defendant served written responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production (collectively, the "Discovery Requests") on October 29, 2021. The parties have met and conferred regarding the status of Defendant's production of documents responsive to the Discovery Requests and Defendant has asked Plaintiff to allow Defendant additional time to produce the responsive documents, representing that Defendant is currently in the midst of a corporate transaction that has impacted the availability of Defendant's personnel. Plaintiff has offered to allow Defendant additional time to produce its responsive documents if Defendant consents to, and the Court finds acceptable, a request for an

STIPULATED MOTION FOR MODIFICATION OF ORDER
SETTING PRETRIAL SCHEDULE (2:19-cv-01290-RAJ-BAT) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

extension of the deadlines to join additional parties and to amend the pleadings, so as to ensure that Plaintiff receives and has an adequate opportunity to review Defendant's production sufficiently in advance of the deadline to amend or join.

Accordingly, the parties jointly move to extend, subject to the Court's acceptance and approval, the deadlines to join additional parties and for amending pleadings to **March 14, 2022**. This is the first request by either party for modification of the November 9, 2021 Order. The parties' requested modification would not impact the remaining deadlines in the November 9, 2021 Order, which would remain as previously set, as follows:

| Event | As Currently Set | Proposed |
|---|---|---|
| Deadline for joining additional parties | **January 31, 2022** | **March 14, 2022** |
| Deadline for amending pleadings | **January 31, 2022** | **March 14, 2022** |
| Reports of expert witnesses per FRCP 26(a)(2) due | **June 19, 2022** | **June 19, 2022** |
| Reports of rebuttal expert witnesses per FRCP 26(a)(2) | **July 19, 2022** | **July 19, 2022** |
| All motions related to discovery must be noted for consideration no later than | **July 22, 2022** | **July 22, 2022** |
| Discovery to be completed by | **August 19, 2022** | **August 19, 2022** |
| All dispositive motions must be filed pursuant to CR 7(d) | **September 16, 2022** | **September 16, 2022** |
| All *Daubert* motions must be filed by (same as dispositive) | **September 16, 2022** | **September 16, 2022** |
| Mediation per CR 39.1(c)(3) held no later than | **September 23, 2022** | **September 23, 2022** |

STIPULATED MOTION FOR MODIFICATION OF ORDER
SETTING PRETRIAL SCHEDULE (2:19-cv-01290-RAJ-BAT) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dated this 11th day of January, 2022.

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

WALKER MORTON, LLP

*/s/ Steven E. Klein*
Sheila Fox Morrison *(Pro Hac Vice)*
Steven E. Klein, *(Pro Hac Vice)*
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
E-mail: sheilafoxmorrison@dwt.com
stevenklein@dwt.com

Rachel H. Herd, WSBA # 50339
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: 206.622.3150
E-mail: rachelherd@dwt.com

Attorneys for Plaintiff
UPSTART GROUP LLC

*/s/ Robert H. Smeltzer*
Robert H. Smeltzer (Pro Hac Vice)
Two Prudential Plaza
180 N. Stetson Avenue, 47th Floor
Chicago, Illinois 60601-6710
Telephone: (312) 471-2900
E-mail: rsmeltzer@walkermortonllp.com

ARETE LAW GROUP PLLC
Jonah O. Harrison, WSBA # 34576
Jeremy E. Roller, WSBA # 32021
1218 Third Avenue, Suite 2100
Seattle, Washington 98101
Telephone: (206) 428-3250
Facsimile: (206) 428-3251
E- mail: jharrison@aretelaw.com
jroller@aretelaw.com

Attorneys for Defendant
THE UPSTART GROUP INCORPORATED

IT IS SO ORDERED, this 12th day of January, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION FOR MODIFICATION OF ORDER
SETTING PRETRIAL SCHEDULE (2:19-cv-01290-RAJ-BAT) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax