1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

| | |
|---|---|
| UPSTART GROUP LCC, a Washington limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>THE UPSTART GROUP INCORPORATED, an Illinois corporation,<br><br>     Defendant. | CASE NO. 2:19-cv-01290-RAJ-BAT<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

13

14

15

16

17

18

19

20

21

   Plaintiff Upstart Group LLC moves for leave to file a Second Amended Complaint to add Kawach, Inc. ("Kawach"), an entity providing the same good and services under the UpstartWorks' mark and design; and Rohan Thrambrahalli and Melonie Carnegie, officers and directors of both Defendant The Upstart Group Incorporated ("TUG") and Kawach. Dkt. 60. Plaintiff also seeks to supplement its claims to reflect additional facts that occurred after it filed its First Amended Complaint, including facts regarding the issuance of U.S. Trademark Registration No. 5,994,511 for Plaintiff's UPSTART GROUP mark in standard characters and additional instances of actual confusion caused by the continued unauthorized use of the infringing marks.

22

23

Defendant has filed no opposition to the motion. Accordingly, and for good cause shown, the Court **GRANTS** Plaintiff's motion (Dkt. 60); Plaintiff shall file its Second Amended Complaint by **April 11, 2022**.

DATED this 28th day of March, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT
- 2