UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UPSTART GROUP LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UPSTART GROUP INCORPORATED, an Illinois corporation,<br><br>Defendant. | CASE NO. 2:19-cv-01290-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION TO ANSWER SECOND AMENDED COMPLAINT** |

Defendant The Upstart Group, Incorporated ("TUG") requests an extension of its time to file an answer to Plaintiff's Second Amended Complaint. Dkt. 71. Plaintiff Upstart Group LLC is not opposed to the requested extension. *Id.*, p. 2.

Accordingly, it is **ORDERED** that TUG's motion (Dkt. 71) is **GRANTED**; TUG shall file an answer to Plaintiff's Second Amended Complaint by **April 25, 2022**.

DATED this 19th day of April, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION TO
ANSWER SECOND AMENDED
COMPLAINT - 1