The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UPSTART GROUP, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UPSTART GROUP, INCORPORATED, an Illinois corporation; KAWACH, INC., a Delaware corporation; ROHAN THAMBRAHALLI, an individual; and MELONIE CARNEGIE, an individual,<br><br>Defendants. | Case No. 2:19-cv-01290-RAJ-BAT<br><br>ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING SATISFACTION OF SETTLEMENT AGREEMENT OBLIGATIONS<br><br>NOTED ON MOTION CALENDAR: August 24, 2022 |

THIS MATTER came before the Court on the Parties Stipulation to Stay Case Pending Satisfaction of the Settlement Agreement Obligations. Dkt. 78. Based on the Parties' stipulation and finding good cause, the Court hereby **ORDERS** that all matters in the case be stayed until the parties have jointly filed a Stipulation of Dismissal.

SO ORDERED THIS 25th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER
(2:19-cv-01290-RAJ-BAT) - 1

Presented by:

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Rachel Herd*
Rachel Herd, WSBA #50339
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206.757.8271
rachelherd@dwt.com

By:   */s/ Steven E. Klein*
Sheila Fox Morrison, *pro hac vice*
Steven E. Klein, *pro hac vice*
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Tel: 503.778.5311
sheilafoxmorrison@dwt.com
stevenklein@dwt.com

     *Attorneys for Plaintiff*

ARETE LAW GROUP PLLC

By:   */s/ Jonah O. Harrison\**
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 428-3250
Fax: (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

WALKER MORTON LLP

By:   */s/ Robert H. Smeltzer\**
Robert H. Smeltzer (admitted pro hac vice)
Two Prudential Plaza
180 North Stetson Avenue
Chicago, IL 60601-6710
Telephone: (312) 471-2900
rsmeltzer@walkermortonllp.com

*\*with permission*

     *Attorneys for Defendants*

ORDER
(2:19-cv-01290-RAJ-BAT) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax